No. 11–1458. CAMPBELL v. UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dorsey* v. *United States,* 567 U. S. 260 (2012).

No. 11–9106. MUNOZ v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Reported below: 461 Mass. 126, 958 N. E. 2d 1167; and

No. 11–10599. SHANTON v. UNITED STATES. C. A. 4th Cir. Reported below: 462 Fed. Appx. 297. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Williams* v. *Illinois,* 567 U. S. 50 (2012).

No. 11–9302. RICHARDSON v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Martinez* v. *Ryan,* 566 U. S. 1 (2012).

No. 11–9800. WILSON v. TEXAS. Ct. App. Tex., 14th Dist. Reported below: 348 S. W. 3d 32; and

No. 11–10616. BEAR CLOUD v. WYOMING. Sup. Ct. Wyo. Reported below: 2012 WY 16, 275 P. 3d 377. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Miller* v. *Alabama,* 567 U. S. 460 (2012).